

Date Produced: 12/11/2017

WEST VIRGINIA SECRETARY OF STATE:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1251 3410 0002 1924 30. Our records indicate that this item was delivered on 12/04/2017 at 06:33 a.m. in FORT WAYNE, IN 46801. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 219243

EXHIBIT 1



# West Virginia Secretary of State
Mac Warner

| Secretary's Desk ▶ |
|---|
| Administrative Law ▶ |
| Business and Licensing ▼ |
|   Authentications |
|   Business |
|   Charities |
|   Forms for Business Filings |
|   Licensing |
|   Notaries |
|   Service of Process |
|   Trademarks and Service Marks |
|   Uniform Commercial Code |
| Elections ▶ |
| Public Services ▶ |
| News Center ▶ |





Home | Business4WV | News Center |

Secretary of State > Business and Licensing > Service of process search > Defendant details

## Defendant details

**Civil action #**
17-C-1348

**Defendant**
BROTHERHOOD MUTUAL INSURANCE COMPANY

**Agent**
ATTN: MATTHEW G. HIRSCHY

**Country**
US - UNITED STATES

**County**
Kanawha

**Service date**
Wednesday, November 22, 2017

**Certified number**
9214890112513410000 2192430

**Delivery date**
Monday, December 4, 2017

**USPS status**
DELIVERED [details]

**City/State/Zip**
FORT WAYNE, IN 46801

**Was delivered**
Yes

**Signature image**
View image

Please note: USPS requires a signature whenever certified mail is returned to sender. When mail from the Secretary of State is returned, it is processed and signed by the state's central mailing office. If your mail was intended for a private entity (that is, anyone other than a state officer or agency) and the signature below is that of **Adam Robinson, Central Mailing Office, Danny Pauley, Jim Carter, Ronald Kushner or State of West Virginia**, then your mail was *NOT DELIVERED* and will be returned to the clerk of the appropriate court.